```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

**JAY BRODSKY**                           :
                                          Civil Action No. 18-13305(FLW)
      Plaintiff,            :

vs.                                       :    ORDER DISMISSING ACTION
                                               PURSUANT TO F.R.CIV.P. 4(m)
**DEALER SERVICES** et al.                :

      Defendant,            :


It appearing that the plaintiff in the above captioned action have failed to effect proper service of the summons and complaint as to defendant Evan Michaels within 90 days of the filing of the complaint;

It further appearing that good cause has not been shown as to why proper service has not been effected; and proof of service has been submitted by plaintiffs as directed in this Court's Notice of call for dismissal dated January 28, 2021.

It is on this 23 day of February 2021,

ORDERED that the complaint be and is hereby dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, without prejudice and without costs.

                                            <u>s/Freda L. Wolfson</u>
                                            FREDA L. WOLFSON
                                            U.S. Chief District Judge